# EXHIBIT D

# Utility List

| Name of Utility Provider | Utility Provider's Address | Account Number(s) | Type of Utility Service | Est. Avg. Monthly Cost | Location Where Service Provided[1] |
|---|---|---|---|---|---|
| AT&T[2] | 208 S. Akard St. Dallas, TX 75202-2233 | 818-313-9843 207 0<br>323 265-9057 886 1<br>310 841-2690 094 0<br>323 265-3972 651 4<br>310 277-4954 995 8<br>248 134-3000 506 4<br>310 229-0040 490 3<br>050 577 3896 001<br>310 557-3013 489 4<br>310 204-5268 447 6<br>310 842-9726 184 0<br>073 085-5172 209<br>339 341-6179 147 1<br>310 203-9313 473 0<br>310 201-0776 954 0<br>310 201-0255 374 1<br>310 201-0315 210 5 | Phone and/or other services | $2,700 (aggregate for all AT&T accounts) | Los Angeles |
| AT&T | PO Box 5019 Carol Stream, IL 60197-5019 | 831-000-1785 327 | Internet | $4,300 | Los Angeles |
| AT&T | PO Box 5019 Carol Stream, IL 60197-5019 | 831-000-1289 186 | Backup Internet | $950 | Los Angeles |
| AT&T Mobility | Glenridge Highlands Two 5565 Glenridge Connector Atlanta, GA 30342<br><br>P.O. Box 6463 Carol Stream, IL 60197-6463 | 994937881 | Emergency cell phones | $105 | Los Angeles |
| AT&T Mobility | PO Box 6463 Carol Stream, IL 60197-6463 | 870426858 | Mobile Devices (BB) | $5,500 | Los Angeles |

---

[1] See "Key to Locations Where Service Provided" below.

[2] See attached "Key to AT&T Payment Centers by Account Number"

| **Name of Utility Provider** | **Utility Provider's Address** | **Account Number(s)** | **Type of Utility Service** | **Est. Avg. Monthly Cost** | **Location Where Service Provided[1]** |
|---|---|---|---|---|---|
| Bell Canada | PO Box 3650<br>Station Don Mills<br>Toronto Ontario  M3C 3X9 | 507841438 | Data | 122 CAD | Toronto |
| Bell Canada | PO Box 9000<br>Station Don Mills,<br>North York, Ontario  M3C 2X7 | 4169699338 | Data | 66 CAD | Toronto |
| Cogent Communications, Inc. | PO Box 791087<br>Baltimore, MD 21279-1087 | METROGO00001 | Unfiltered Internet | $800 | Los Angeles |
| Covad | 723 Amador St<br>Vallejo, CA 94590-5337<br><br>Dept. 33408<br>P.O. Box 39000<br>San Francisco, CA 94139-001<br><br>2220 O'Toole Ave.<br>San Jose, CA 95131 | 558297 | Data (backup) | $264 | New York 1 |
| Cypress | 4 Piedmont Center, Ste. 600<br>Atlanta, GA 30305<br><br>P.O. Box 536796<br>Atlanta, GA 30353-6796 | A25008029 | Phone; Data Backup | $940 | Atlanta |
| Earthlink | PO Box 790216<br>St. Louis, MO 63179-0216 | 19033475 | Dialup Internet | $100 | Los Angeles |
| E-Fax (J2 Global Communications) | PO Box 51873<br>Los Angeles, CA 90051-6173 | 9153 | Fax Service | $105 | Los Angeles |
| General Energy Services | 264 Route 52<br>Kent Lakes, NY 10512 | 1350-2400<br>1350-2500 | Electricity | $2,500 | New York 2 |

| Name of Utility Provider | Utility Provider's Address | Account Number(s) | Type of Utility Service | Est. Avg. Monthly Cost | Location Where Service Provided[1] |
|---|---|---|---|---|---|
| Primus | PO Box 4662 STN A, Toronto, Ontario M5W 5H4<br><br>252 Pall Mall Street, Suite 101<br>London ON N6A 5P6 | 110198241 | Phone | 1050 CAD | Toronto |
| Southern California Edison | 2244 Walnut Grove Ave.<br>Rosemead, CA 91770<br><br>P.O. Box 300<br>Rosemead, CA 91772-0001 | 2-25-651-7012 | Electricity | $2,740 | Los Angeles |
| Sprint | 6200 Sprint Pkwy.<br>Overland Park, KS 66251<br><br>P.O. Box 4181<br>Carol Sream, IL 60197-4181 | 677765427 | Nextel radio | $370 | Los Angeles |
| Sprint | PO Box 8077<br>London, KY 40742 | 310979816 | Mobile Devices | $250 | Los Angeles |
| Sprint PCS | 6200 Sprint Pkwy.<br>Overland Park, KS 66251<br><br>P.O. Box 4181<br>Carol Sream, IL 60197-4181 | 434479813 | Emergency cell phones | $165 | Los Angeles |
| T-Mobile | PO Box 51843<br>Los Angeles, CA 90051-6143 | 326750314 | Blackberry Services | $13,553 | Los Angeles |
| Verizon | 22001 Loudon County Pkwy<br>Ashburn, VA 20147<br><br>PO Box 371873<br>Pittsburgh, Pa. 15250-7873<br><br>500 Technology Dr. , Ste 870<br>Weldon Springs, MO 63304 | 9150222509X25 | Data (Primary) | $692 | New York 1 |

| **Name of Utility Provider** | **Utility Provider's Address** | **Account Number(s)** | **Type of Utility Service** | **Est. Avg. Monthly Cost** | **Location Where Service Provided[1]** |
|---|---|---|---|---|---|
| Verizon | 140 West St.<br>New York, NY 10007<br><br>P.O. Box 15124<br>Albany, NY 12212-5124 | 212-661-7095 | Phone | $35 | New York 1 |
| Verizon | 140 West St.<br>New York, NY 10007<br><br>PO Box 371873<br>Pittsburgh, Pa. 15250-7873<br><br>500 Technology Dr. , Ste 870<br>Weldon Springs, Mo. 63304 | 9150222509X25 | Data (Primary) | $663 | Atlanta |
| Verizon | 140 West St.<br>New York, NY 10007<br><br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | 011706112042672306<br>012831118305177207 | Employee modem/facsimile | $1,100 | Los Angeles |
| Verizon | PO Box 371873<br>Pittsburgh, Pa. 15250-7873<br><br>500 Technology Dr., Ste 870<br>Weldon Springs, Mo. 63304 | 9150222517X25 | Data (Primary) | 591 US | Toronto |
| WCS | 5471 N. University Drive<br>Coral Springs, FL 33067<br><br>P.O. Box 934926<br>Atlanta, GA 31193-4926 | 131543 | Phone | $1,200 | New York 1 |
| Wholesale Carrier Services | 5471 N. University Drive<br>Coral Springs, FL 33067<br><br>P.O. Box 934926<br>Atlanta, GA 31193-4926 | 128414 | Local and long distance | $7,500 | Los Angeles |

**Key to Locations Where Service Provided**

| **Atlanta** | **New York 1** | **New York 2** | **Toronto** |
|---|---|---|---|
| 990 Hammond Drive | 655 Third Avenue | 1350 Avenue of the Americas | 22 St. Clair Avenue East |
| Suite 770 | New York, NY 10017 | New York, NY 10019 | Suite 1601 |
| Atlanta, GA 30328 | | | Toronto, Ontario |
| | | | M4T 2S3   Canada |

**Key to AT&T Payment Centers by Account Number**

AT&T  
Payment Center  
Sacramento, CA 95887-0001

Account Numbers

818 313 9843 207 0  
248 134 3000 506 4  
310 842-9726 184 0  
310 201-0255 374 1  
323 265 9057 886 1  
310 229-0040 490 3  
073 085 5172 209  
310 201-0315 210 5  
310 841-2690 094 0  
339 341-6179 147 1  
323 265 3972 651 4  
310 557 3013 489 4  
310 203-9313 473 0  
310 277-4954 995 8  
310 204-5268 447 6  
310 201-0776 954 0  

AT&T  
P.O. Box 78225  
Phoenix, AZ 85062-8225

Account Number

050 577 3896 001