## EXHIBIT A

### Schedule of Debtors

| DEBTOR<br>(Other names used by the Debtor) | TAX ID NO |
|---|---|
| Aidart Distributors Corp. | 13-6135491 |
| Aidart Pictures, Inc. | 13-6135384 |
| Albino Alligator Productions, Inc. | 95-4533875 |
| Alpha Library Company, Inc. | 95-4590796 |
| Altar Productions, Inc. | 95-3928257 |
| American International Pictures, Inc. | 95-3898645 |
| Ameriglad Holdings LLC | 39-2070618 |
| Backlot Productions Inc. | 95-4860998 |
| Band Films, Inc. | 95-3879273 |
| Beginning To Roar Inc. | 95-4662104 |
| Beta Library Company, Inc. | 95-4630381 |
| Beverly Hills Ninja Productions, Inc. | 95-4548625 |
| Brighton Productions, Inc. | 95-3312978 |
| Candantino Music, Inc. | 52-1602101 |
| Canzione Music, Inc. | 13-2624793 |
| Carcassonne Productions Inc. | 56-2334777 |
| Charles Band Films, Inc. | 95-3948813 |
| Cosmic Title Corp. | 95-4624439 |
| Days Picture Corporation | 13-6135419 |
| Dayton Film Productions, Inc. | 95-3408062 |
| Delta Library Company, Inc. | 95-4550364 |
| Delta Library Holdings, Inc. | 95-4550362 |
| Domestic Library Acquisition, LLC | 95-4823504 |
| Donna Music Publications | 95-6080697 |
| El Paso Films LLC | No EIN Applicable |
| Empire Entertainment, Inc. | 95-3979268 |
| Epic Pictures Enterprises, Inc. | 95-4158563 |
| Epsilon Library Company, Inc. | 95-4595687 |
| F.P. Productions | 95-2041603 |
| Famous Artists Agency, Inc. | 95-0729360 |
| Famous Artists Productions, Inc. | 95-1906073 |
| First Walnut Inc. | 95-4671828 |
| Flipper Productions, Inc. | 95-1782000 |
| Foreign Library Acquisition LLC | 95-4823506 |
| G-2 Entertainment Company | 95-4438510 |
| G26 Company | 95-4704218 |
| Gamma Library Company, Inc. | 95-4613426 |
| Ghoulies Productions, Inc. | 95-3887449 |

| | |
|---|---|
| Grand Talk Inc. | 95-4640421 |
| Heritage Entertainment, Inc. | 95-4053860 |
| Ivan Tors Music, Inc. | 95-2511516 |
| JH Productions Inc. | 95-2496446 |
| Lambda Library Company, Inc. | 95-4617880 |
| Lexyn Productions, Inc. | 95-3929055 |
| Lion Independent Television Inc. | 95-4032675 |
| Lopert Pictures Corporation | 13-1923659 |
| Maple Street Entertainment Inc. | 95-4431927 |
| Massachusetts Productions LLC | 94-3469889 |
| MCEG Sterling Computer Services | 95-4140553 |
| MCEG Sterling Development | 95-4126070 |
| MCEG Sterling Entertainment | 95-2214871 |
| MCEG Sterling Productions | 95-4180219 |
| Media Resources Credit Corporation | 13-3528381 |
| Metro Pictures Corporation of America | 95-3993708 |
| Metro-Goldwyn-Mayer Animation Inc. | 13-1828183 |
| Metro-Goldwyn-Mayer Distribution Co. | 95-4486465 |
| Metro-Goldwyn-Mayer Home Entertainment LLC | 57-1148596 |
| Metro-Goldwyn-Mayer Inc. | 95-4605850 |
| Metro-Goldwyn-Mayer India, Ltd. | 13-6067411 |
| Metro-Goldwyn-Mayer Interactive Productions Inc. | 95-4624446 |
| Metro-Goldwyn-Mayer Lion Corp. | 95-4069019 |
| Metro-Goldwyn-Mayer Motion Picture Co. | 13-6067407 |
| Metro-Goldwyn-Mayer Music Inc. | 95-4599144 |
| Metro-Goldwyn-Mayer of China, Inc. | 13-6067416 |
| Metro-Goldwyn-Mayer Online Inc. | 95-4599142 |
| Metro-Goldwyn-Mayer Overseas Inc. | 95-4553054 |
| Metro-Goldwyn-Mayer Pictures Inc. | 95-4158381 |
| Metro-Goldwyn-Mayer Studios Inc. | 95-4452285 |
| MGM and UA Services Company | 95-4504664 |
| MGM Development Inc. | 13-1896288 |
| MGM Digital Development Inc. | 82-0538570 |
| MGM Direct Inc. | 95-4755519 |
| MGM Domestic Digital Media Inc. | 38-3745458 |
| MGM Domestic Networks LLC | 37-1553966 |
| MGM Domestic Television Distribution LLC | 95-4667114 |
| MGM Domestic TV Networks LLC | 80-0195553 |
| MGM Franchise Film Co. LLC | 36-4641196 |
| MGM Global Holdings Inc. | 95-4640420 |
| MGM HD Productions LLC | 37-1553969 |
| MGM Holdings Inc. | 56-2500545 |
| MGM Holdings II Inc. | 56-2500553 |
| MGM Home Entertainment Distribution Corp. | 95-4704219 |
| MGM Interactive Inc. | 95-4599140 |

| | |
|---|---|
| MGM International Digital Media Inc. | 32-0185923 |
| MGM International Television Distribution Inc. | 95-4599146 |
| MGM LAPTV LLC | 57-1148600 |
| MGM Lion Prints LLC | 90-0111624 |
| MGM ME Inc. | 95-4845950 |
| MGM Middle East Co. | 95-4827252 |
| MGM Networks Inc. | 95-4599139 |
| MGM Networks U.S. Inc. | 02-0615668 |
| MGM NMOC LLC | No EIN Applicable |
| MGM North America Holdings Inc. | 95-4798180 |
| MGM On Demand Inc. | 95-4877733 |
| MGM Super Productions Inc. | 95-4645760 |
| MGM Television Australia Inc. | 95-4566697 |
| MGM Television Entertainment Inc. | 95-4495886 |
| MGM/UA, Inc. | 95-4114327 |
| Midnight Blue Productions, Inc. | 95-4550624 |
| Musicways, Inc. | 95-2980079 |
| NSNA Co. | 95-4708219 |
| Omega Library Company, Inc. | 13-4051773 |
| OPC Music Publishing, Inc. | 95-2581750 |
| Orion Film Classics Company | 95-3441269 |
| Orion Home Entertainment Corporation | 22-2683277 |
| Orion Music Publishing, Inc. | 95-2980080 |
| Orion Pictures Corporation | 95-4556565 |
| Orion Pictures Distribution Corporation | 95-3304776 |
| Orion Pictures Library Acquisition Co., Inc. | 95-4717564 |
| Orion Productions Company | 95-4474270 |
| Orion TV Productions, Inc. | 13-1845120 |
| P & F Acquisition Corp. | 95-4671825 |
| Panther & Pals LLC | 39-2070615 |
| Partnership Picture Corp. | 13-6135506 |
| Pathe Entertainment Moviesongs, Inc. | 95-4311605 |
| Pathe Entertainment Music, Inc. | 95-4286954 |
| Pathe Films Inc. | 13-2986269 |
| Pathe Releasing Corp. | 95-4016244 |
| Pathe TS, Inc. | 95-4059724 |
| PFE Library Acquisition Company, Inc. | 95-4667397 |
| Purple Photoplays, Inc. | 13-6135516 |
| Red Corner Production Inc. | 95-4566696 |
| Sarafilms Productions Inc. | 73-1688750 |
| She Spies Inc. | 82-0538571 |
| Sigma Library Company, Inc. | 95-4544038 |
| Singles Productions, Inc. | 95-4132051 |
| Tangled Web Productions Inc. | 95-4612384 |
| Taryn Productions, Inc. | 95-4029289 |

| | |
|---|---|
| The Azimuth Company, Inc. | 95-1954392 |
| The Mirisch Corporation of Delaware | 95-2217975 |
| The War At Home Productions, Inc. | 95-4545415 |
| THIS Network LLC | 32-0257547 |
| Three P Holdings LLC | 39-2070611 |
| Three Pictures Corporation | 94-1712157 |
| Time Production Inc. | 32-0015217 |
| Turbo Productions Inc. | 95-4890066 |
| U.A. of Brazil, Inc. | 13-1861300 |
| U/A Music, Inc. | 95-3896686 |
| United Artists China, Inc. | 13-1690539 |
| United Artists Corporation | 95-4080805 |
| United Artists Corporation of Egypt | 13-6117113 |
| United Artists Corporation of Puerto Rico | 13-6117082 |
| United Artists Europa, Inc. | 13-2668608 |
| United Artists Films (Mr. Accident) Inc. | 95-4705814 |
| United Artists Films Company | 95-4140289 |
| United Artists Films Inc. | 95-4669459 |
| United Artists Music (Belgium), Inc. | 13-2920328 |
| United Artists Music Inc. | 95-4861000 |
| United Artists Overseas, Inc. | 13-6119153 |
| United Artists Pictures Inc. | 13-1424060 |
| United Artists Productions Inc. | 95-4566698 |
| United Artists Records Inc. | 95-4861002 |
| United Artists Television Corp. | 13-1686624 |
| United Lion Music, Inc. | 95-3896688 |
| Ventura/Gloria Films Inc. | 95-4781258 |
| Virgin Vision, Inc. | 95-4035628 |
| Wargames II Productions Inc. | 95-4827250 |
| Webspinner Inc. | 95-4624449 |
| Wizard Video, Inc. | 95-3585047 |
| Zeta Library Company, Inc. | 13-4009714 |

## EXHIBIT B

### List of First Day Pleadings

1. **"Joint Administration"** – Debtors' Motion for Order (A) Directing Joint Administration of the Chapter 11 Cases Under Fed. R. Bankr. P. 1015(b) and (B) Waiving Requirements of 11 U.S.C. § 342(c)(1) and Fed. R. Bankr. P. 1005 and 2002(n)

2. **"Consolidated Lists"** – Debtors' Motion for Order (A) Waiving Certain Creditor List Filing Requirements and (B) Authorizing the Filing of a Consolidated List of Top 50 Unsecured Creditors

3. **"Schedules and Statements"** – Debtors' Motion for Order (A) Dispensing with the Requirement of Filing Schedules and Statements of Financial Affairs, (B) Pending the Waiver of Such Requirement, Granting Additional Time to File Schedules and Statements of Financial Affairs, (C) Authorizing Debtors to File Required Monthly Operating Reports on a Consolidated Basis, and (D) Establishing Certain Notice Procedures

4. **"Solicitation, Disclosure Statement and Plan Confirmation Scheduling"** – Debtors' Motion for Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving Form, Manner, and Sufficiency of Notice of Combined Hearing, and (IV) Granting Related Relief

5. **"Claims Agent Retention"** – Debtors' Application for Order Under 28 U.S.C. § 156(c), Fed. R. Bankr. P. 2002, S.D.N.Y. LBR 5075-1, and General Order M-409 Authorizing Retention and Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent

6. **"Ordinary Course Professionals"** – Debtors' Motion for Order Authorizing Retention of Professionals Utilized in Ordinary Course of Business

7. **"Employee Benefits"*** – Debtors' Motion for Order Under 11 U.S.C. §§ 105, 363(b), 507(a), 541(b)(7), 1107(a), and 1108 for Order (I) Authorizing, but Not Directing, Debtors to (A) Pay Certain Prepetition Compensation, (B) Continue Employee Benefit Programs, and (C) Pay Related Costs, (II) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests

8. **"Cash Management"*** – Debtors' Motion for Order Under 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107, and 1108 (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Waiving Investment and Deposit Requirements, (III) Authorizing Continued Engagement in

Intercompany Transactions, and (IV) According Administrative Expense Priority Status to All Postpetition Intercompany Claims

9. **"Utilities"*** – Debtors' Motion for Order Determining Adequate Assurance of Payment for Future Utility Services and Granting Related Relief

10. **"Prepetition Claims"*** – Debtors' Motion for Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims in Ordinary Course of Business

11. **"Residuals and Participations"*** – Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 363, 1107 and 1108, and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Residuals and Participations in the Ordinary Course of Business

12. **"Shippers"*** – Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105(a), 363(b), 1107, and 1108 (I) Authorizing, but Not Directing, the Debtors to Pay Certain Prepetition Shipping, Storage Facility and Laboratory Charges and (II) Directing Banks to Honor Payments Relating to Such Charges

13. **"Production and Marketing Costs"*** – Debtors' Motion for Order Authorizing Payment of Production and Marketing Costs in the Ordinary Course of Business

14. **"Tax"*** – Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 506(a), 507(a)(8), 541, 1107, 1108, and 1129 (I) Authorizing, but Not Directing, the Debtors to Pay Sales, Use, and Foreign Taxes and (II) Directing Banks to Honor Payments Relating to Such Taxes

15. **"Motion to Schedule Hearing on Break-Up Fee Motion"** – Debtors' Motion for Order Under 11 U.S.C. §§ 105, 363(b), 364(c)(1), and 503(b) Granting (I) Break-Up Fee and Expense Reimbursement Pursuant to Investment Agreement Superpriority Administrative Expense Status and (II) Unpaid Fees and Expenses Pursuant to Letter of Intent Administrative Expense Status

16. **"Credit Agreement Cash Collateral"*** – Debtors' Motion for Entry of Interim and Final Stipulated Orders Under 11 U.S.C. §§ 361, 363, and 507(b), and Fed. R. Bankr. P. 4001(b) (I) Authorizing the Use of Cash Collateral and Related Relief Respecting the MGM Credit Facility, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing

17. **"DDI and UAPF Cash Collateral Motion"*** – Debtors' Motion for Order (I) Authorizing Limited Use of Prepetition Collateral (of Domestic Distribution Inc. and United Artists Production Finance LLC), (II) Granting Adequate Protection, and (III) Granting Related Relief

18. **" Motion to Schedule Hearing on Space Reduction Motion"*** – Debtors' Motion for Order Approving Space Reduction Agreement and Transactions Thereunder, and Granting Related Relief

19. **" Motion to Schedule Hearing on Non-Material Plan Modifications Motion"** – Debtors'
Motion for Order Under 11 U.S.C. §§ 105 and 1127 and Fed. R. Bankr. P. 3019(a) (I)
Finding that Plan Modifications are Non-Material and (II) Deeming the Plan, as Modified,
Accepted by Class 3 Creditors Who Previously Accepted the Plan

\* Contemporaneously herewith, the Debtors are submitting the Declaration of Steve Hendry,
Senior Executive Vice President, Finance, in support of such pleadings.

<u>**EXHIBIT C**</u>


**List of Committees Formed Prior to the Petition Date**


As required under Local Rule 1007-2(a)(3), the following is the names and addresses of the members of, and attorneys for, a steering committee organized prior to the order for relief in these chapter 11 cases, and a brief description of the circumstances surrounding the formation of the committee and the date of its formation.

| Committee | Members | Attorneys | Description | Date of Formation |
|---|---|---|---|---|
| Steering Committee[1] | Anchorage Capital Group LLC<br>610 Broadway, 6th Fl.<br>New York, NY 10012<br><br>Davidson Kempner Capital Management<br>65 East 55th St., 19th Fl.<br> New York, NY 10022<br><br>Eaton Vance<br>2 International Place<br>Boston, MA 02110<br><br>Highland Capital Management<br>13455 Noel Road, Ste. 800<br>Dallas, TX 75240<br><br>ING<br>7337 E Doubletree Ranch Rd. #105<br>Scottsdale, AZ 85258-2034 | Simpson Thacher & Bartlett LLP<br><br>425 Lexington Ave.<br>New York, NY 10017 | Committee was formed to facilitate the negotiation of a debt restructuring. | April 2009 |

---

[1]  An informal committee of certain members of the Steering Committee was formerly represented by Bingham McCutchen LLP.  Contact:  Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022-4689, Attn: Jeffrey S. Sabin.  Furthermore, White & Case LLP purports to represent an ad hoc group of institutions that are, or that manage funds that are, directly or indirectly senior lenders under the Credit Agreement; however, the Debtors have not been provided with any information to substantiate that claim.  Contact:  White & Case LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, FL 33131-2352, Attn:  Thomas E. Lauria.

| Committee | Members | Attorneys | Description | Date of Formation |
|---|---|---|---|---|
|  | JPMorgan Chase Bank, N.A.<br>270 Park Ave<br>New York, NY 10017 |  |  |  |
|  | Invesco Inc.<br>1166 Avenue of the Americas,<br>26th Floor<br>New York, NY 10036 |  |  |  |
|  | Royal Bank of Scotland plc<br>New York Branch<br>600 Washington Blvd.<br>Stanford, CT 06901 |  |  |  |
|  | Solus Alternative Asset<br>Management<br>430 Park Avenue<br>New York, NY 10022 |  |  |  |

# EXHIBIT D

## 50 Largest Unsecured Claims (Excluding Insiders)[1]

As required and in addition to what is required under Local Rule 1007-2(a)(4), the following is a schedule of the Debtors' 50 largest unsecured claims as of October 15, 2010 on a consolidated basis, excluding claims of insiders as defined in Bankruptcy Code section 101(31).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1.    NBC Universal<br><br>100 Universal City Plaza<br>Building 1440, 31st Floor<br>Universal City, CA 91608 | Andrea Melville, Esq. EVP Business & Legal Affairs<br><br>andrea.melville@nbcuni.com<br><br>(818) 866-5616<br><br>100 Universal City Plaza<br>Building 1440, 31st Floor<br>Universal City, CA 91608 | Contract | | $34.6 million |

---

[1]    The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  All claims are subject to customary offsets, rebates, discounts, reconciliations, credits and adjustments, which are not reflected on this schedule.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 2.  Showtime Networks, Inc.<br><br>1633 Broadway, 16th Floor<br>New York , NY 10019 | Kent Sevener<br><br>kent.sevener@showtime.net<br><br>(212)708-1391<br><br>1633 Broadway, 16th Floor<br>New York, NY 10019 | Advances | Contingent | $25.5 million |
| 3.  Rainbow Media Holdings<br><br>11 Penn Plaza<br>15th Floor<br>New York, NY 10001 | Jamie Gallegher, EVP and General Counsel<br><br>jgallagher@rainbow-media.com<br><br>(646) 273-3789<br><br>11 Penn Plaza<br>15th Floor<br>New York, NY 10001 | Advances | Contingent | $ 22.9 million |
| 4.  Activision<br><br>3100 Ocean Park Blvd.<br>Santa Monica, CA 90405 | Gregory Deutsch<br><br>Gdeutsch@activision.com<br><br>(310) 255-2152<br><br>3100 Ocean Park Blvd.<br>Santa Monica, CA 90405 | Advances | Contingent | $ 19.0 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 5.    Deluxe Laboratories, Inc.<br><br>1377 North Serrano Ave<br>Hollywood, CA 90027 | Scott Ehrlich<br><br>Scott.Ehrlich@BYD ELUXE.COM<br><br>(323) 389-0506<br><br>1377 North Serrano Ave<br>Hollywood, CA 90027 | Advances | Contingent | $ 14.1 million |
| 6.    Turner Entertainment Networks<br><br>1050 Techwood Drive, NW<br>4th Floor<br>Atlanta, GA 30318 | Tiffany Golden<br><br>Tiffany.Golden@turn er.com<br><br>(404) 885-2414<br><br>1050 Techwood Drive, NW<br>4th Floor<br>Atlanta, GA 30318 | Advances | Contingent | $ 9.6 million |
| 7.    Starz Entertainment LLC<br><br>8900 Liberty Circle<br>Englewood, CO  80111 | Michael Roberts<br><br>Michael.Roberts@sta rz.com<br><br>(720) 852-6307<br><br>8900 Liberty Circle<br>Englewood, CO 80111 | Advances | Contingent | $ 9.1 million |
| 8.    Sonopress (Arvato Digital Services)<br>Carl Bertelsmann<br>Str 161F<br>P.O. Box 505<br>Gutersloh  33311<br>Germany | Dr. Hermann Heemeyer<br><br>+49 524 1735 43<br><br>Carl Bertelsmann<br>Str 161F<br>P.O. Box 505<br>Gutersloh 33311<br>Germany | Contract | | $ 7.3 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 9. Motion Picture Industry Plan (IATSE) | David Wescoe<br><br>dwescoe@mpiphp.org<br><br>(818) 769-1793<br><br>P.O. Box 1999<br>Studio City, CA 91614-1999 | Contract | | $ 6.2 million |
| 10. Columbia House<br><br>28 East 28th Street<br>8th Floor<br>New York , NY 10016 | Cliffton B. Knight, Jr.<br><br>Clif.Knight@bertelsmann.com<br><br>(212)930-4755<br><br>28 East 28th Street<br>8th Floor<br>New York, NY 10016 | Advances | Contingent | $ 4.6 million |
| 11. Screen Actors Guild<br><br>5757 Wilshire Blvd.<br>Los Angeles, CA 90036-3600 | David White<br><br>dwhite@sag.org<br><br>(323) 549-6605<br><br>5757 Wilshire Blvd.<br>Los Angeles, CA 90036-3600 | Contract | | $ 4.6 million |
| 12. Owens Corning<br><br>2790 Columbus Road<br>Route 16<br>Granville, OH 43023 | James Dottavio<br><br>james.j.dottavio@owenscorning.com<br><br>(740) 321-4475<br><br>2790 Columbus Road<br>Route 16<br>Granville, OH 43023 | Advances | Contingent | $ 4.6 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 13. Danjaq, LLC<br><br>2400 Broadway St., Ste. 310<br>Santa Monica, CA 90404 | Debbie Arvesen<br><br>debbie.arvesen@danjaq.com<br><br>(310) 449-3189<br><br>2400 Broadway St., Ste. 310<br>Santa Monica, CA 90404 | Contract | | $ 4.3 million |
| 14. USA Networks<br><br>30 Rockefeller Plaza<br>21st Floor<br>New York , NY 10112 | Russell Friedman<br><br>Russell.friedman@nbcuni.com<br><br>(212) 790-3357<br><br>30 Rockefeller Plaza<br>21st Floor<br>New York, NY 10112 | Advances | Contingent | $ 3.5 million |
| 15. Epix<br><br>1515 Broadway - 43rd Floor<br>New York , NY 10036 | Keith Eckert<br><br>keckert@epixhd.com<br><br>(212) 846-2194<br><br>1515 Broadway - 43rd Floor<br>New York, NY 10036 | Advances | Contingent | $ 3.5 million |
| 16. Tele-Muenchen Fernseh<br><br>Kaufingerstrasse 24<br>Munich D-80331<br>Germany | Bernd Kollmitzer<br><br>kollmitzer@tmg.de<br><br>+49 89 290 93 149<br><br>Kaufingerstrasse 24<br>Munich D-80331<br>Germany | Advances | Contingent | $ 3.1 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 17. SyFy Network<br><br>USA Network<br>30 Rockefeller Plaza, 18th floor<br>New York , NY 10112 | Chris Weil<br><br>Christopher.Weil@nbcuni.com<br><br>(212) 703-8501<br><br>USA Network<br>30 Rockefeller Plaza, 18th floor<br>New York, NY 10112 | Contract | | $ 2.6 million |
| 18. Alberto Grimaldi Productions S.A.<br><br>53 Emleys Hill Road<br>Cream Ridge, NJ 08514 | Ronald S. Taft, Esq.<br><br>ronaldtaftpc@verizon.net<br><br>(609) 758-8831<br><br>53 Emleys Hill Road<br>Cream Ridge, NJ 08514 | Contract | | $ 2.2 million |
| 19. Comedy Central (MTV Networks)<br><br>345 Hudson St.<br>9th Floor<br>New York , NY 10014 | Meghan Conway<br><br>meghan.conway@comedycentral.com<br><br>(212) 767-4284<br><br>345 Hudson St.<br>9th Floor<br>New York, NY 10014 | Advances | Contingent | $ 2.1 million |
| 20. Writers Guild of America<br><br>7000 West Third Street<br>Los Angeles, CA 90048-4329 | David Young<br><br>dyoung@wga.org<br><br>(323) 782-4801<br><br>7000 West Third Street<br>Los Angeles, CA 90048-4329 | Contract | | $ 2.0 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| 21. Spike TV (MTV Networks)<br><br>345 Hudson St.<br>7th Floor<br>New York , NY 10014 | Aleena Maher<br><br>Aleena.Maher@spike tv.com<br><br>201 766-7076<br><br>345 Hudson St.<br>7th Floor<br>New York, NY 10014 | Advances | Contingent | $ 2.0 million |
| 22. Directors Guild of America<br><br>7920 Sunset Boulevard<br>Los Angeles, CA 90046 | Jay Roth<br><br>jdroth@dga.org<br><br>(310) 289-2029<br><br>7920 Sunset Boulevard<br>Los Angeles, CA 90046 | Contract | | $ 2.0 million |
| 23. Chartoff-Winkler Productions<br><br>11812 San Vicente Blvd, Ste.200<br>Los Angeles, CA  90049 | Matthew Fishburn<br><br>matt@brentwoodmg mt.com<br><br>(310) 820-5354<br><br>c/o Brentwood Management Group<br><br>11812 San Vicente Blvd, Ste.200<br>Los Angeles, CA 90049 | Contract | | $ 1.9 million |
| 24. NRJ 12<br><br>46-50 Avenue Theophile Gautier<br>Paris, France 75016 | Damien Masson<br><br>dmasson@nrj.fr<br><br>+33 (0)14 071 3492<br><br>46-50 Avenue Theophile Gautier Paris, France 75016 | Advances | Contingent | $ 1.9 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 25.   Rogue Marble Productions of Florida, Inc.<br><br>c/o Boulevard Management<br>21731 Ventura Blvd. Ste. 300<br>Woodland Hills, CA 91364 | Gina De Maria<br><br>shannon@blvdmgmt.com<br><br>(818)  592-6363<br><br>c/o Boulevard Management<br>21731 Ventura Blvd. Ste. 300<br>Woodland Hills, CA 91364 | Contract | | $ 1.5 million |
| 26.   MBC FZ LLC<br><br>Dubai Media City<br>P.O. Box 72627<br>Dubai | Carlie Goode<br><br>carlie.goode@mbc.net<br><br>971 4 391 8195<br><br>Dubai Media City<br>P.O. Box 72627<br>Dubai | Advances | Contingent | $1.4 million |
| 27.   Deluxe Digital Media Management Inc.<br><br>200 South Flower Street<br>Burbank, CA 91502 | Gray Ainsworth<br><br>Gray.Ainsworth@bydeluxe.com<br><br>(818) 525-2137<br><br>200 South Flower Street<br>Burbank, CA 91502 | Contract | | $1.3 million |
| 28.   Disney Channel<br><br>3800 W. Alameda Avenue<br>Suite 532B<br>Burbank, CA 91505 | Vince Charles<br><br>Vince.Charles@disney.com<br><br>(818) 569-4832<br><br>3800 W. Alameda Avenue<br>Suite 532B<br>Burbank, CA 91505 | Advances | Contingent | $1.2 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 29. Ricky Dean, Inc. f/s/o Richard Dean Anderson<br><br>c/o ICM<br>10250 Constellation Blvd<br>Los Angeles, CA 90067 | Leigh Brillstein<br><br>lbrillstein@icmtalent.com<br><br>(310) 228-6891<br><br>c/o ICM<br>10250 Constellation Blvd<br>Los Angeles, CA 90067 | Contract | | $1.2 million |
| 30. Mclaughlin & Stern, LLP<br><br>260 Madison Avenue<br>New York, NY 10016 | Alvin Deutsch<br><br>adeutsch@mclaughlinstern.com<br><br>(212) 448-0066<br><br>260 Madison Avenue<br>New York, NY 10016 | Contract | | 1.2 million |
| 31. ABC Family<br><br>3800 West Alameda Ave<br>MC #536<br>Burbank, CA 91505 | Beverly Luevano<br><br>Beverly.Luevano@disney.com<br><br>(818) 563-4096<br><br>3800 West Alameda Ave<br>MC #536<br>Burbank, CA 91505 | Advances | Contingent | $1 million |
| 32. ProSiebenSat.1 Media AG<br><br>Medienallee 7<br>Unterfohring<br>Germany, 85774 | Ruediger Boess<br><br>ruediger.boess@prosiebensat1.de<br><br>+49 899 5071 899<br><br>Medienallee 7<br>Unterfohring<br>Germany, 85774 | Advances | Contingent | $1 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 33. Netflix, Inc.<br><br>345 North Maple Drive, Suite 300<br>Beverly Hills, CA 90210 | Cindy Holland<br><br>cholland@netflix.com<br><br>(310) 734-2999<br><br>345 North Maple Drive, Suite 300<br>Beverly Hills, CA 90210 | Advances | Contingent | $1 million |
| 34. Pacific Western Productions, Inc.<br><br>c/o Valhalla Motion Pictures<br>3201 Cahuenga Blvd. West<br>Los Angeles, CA 90068 | Gale Anne Hurd<br><br>(323) 850-3041<br><br>c/o Valhalla Motion Pictures<br>3201 Cahuenga Blvd. West<br>Los Angeles, CA 90068 | Contract | | $1 million |
| 35. MTV OY<br><br>Ilmalantori 2c<br>Helsinki, Finland | Jani Hartikainen<br><br>Jani.Hartikainen@mtv3.fi<br><br>+358 10 300 5484<br><br>Ilmalantori 2c<br>Helsinki, Finland | Advances | Contingent | $1 million |
| 36. MTV Networks<br><br>1515 Broadway<br>42nd Floor<br>New York, NY 10036 | Joshua Vodnoy<br><br>joshua.vodnoy@mtvstaff.com<br><br>(212) 846-1849<br><br>1515 Broadway<br>42nd Floor<br>New York, NY 10036 | Advances | Contingent | $1 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 37.  TV2/Danmark<br><br>Rugaardsvej 25<br>Odense C<br>Denmark DK-5100 | Birgit Rasmussen<br><br>biuh@tv2.dk<br><br>+45 65 211 499<br><br>Rugaardsvej 25<br>Odense C<br>Denmark DK-5100 | Advances | Contingent | $1 million |
| 38.  Telecine Programacao de Films<br><br>Av. das Américas, 1650<br>Bloco 05  Sala  T 09 A<br>Rio De Janeiro RJ<br>Brazil 22640-101 | Felipe Mendlowicz Prado<br><br>mprado@telecine.com.br<br><br>55 21 21458295<br><br>Av. das Américas, 1650<br>Bloco 05  Sala  T 09 A<br>Rio De Janeiro RJ<br>Brazil 22640-101 | Advances | Contingent | $1 million |
| 39.  Home Box Office<br><br>1100 Avenue of the Americas<br>New York, NY 10036-6737 | Agnes Letterese<br><br>Agnes.Letterese@hbo.com<br><br>(212) 364-4084<br><br>1100 Avenue of the Americas<br>New York, NY 10036-6737 | Advances | Contingent | $0.9 million |
| 40.  Comarex S.A. de C.V.<br><br>Bosques De Duraznos No. 69-905<br>Col. Bosques De Las Lomas D.F.<br>CP 11700 | Agustin Chanona<br><br>achanona@tvazteca.com.mx<br><br>52 55 5251-1409 (press 514 during recorded message to send fax)<br><br>Bosques De Duraznos No. 69-905<br>Col. Bosques De Las Lomas D.F.<br>CP 11700 | Advances | Contingent | $0.9 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 41.  Acme Writing Co. Ltd. f/s/o Brad Wright<br><br>c/o The Rothman Brecher Agency<br>9250 Wilshire Blvd, Penthouse<br>Beverly Hills, CA 90212 | Robb Rothman<br><br>rrothman@rothmanbrecher.com<br><br>(310) 247-9888<br><br>c/o The Rothman Brecher Agency<br>9250 Wilshire Blvd, Penthouse<br>Beverly Hills, CA 90212 | Contract | | $0.9 million |
| 42.  ITV Network Limited<br><br>200 Gray's Inn Road London WC1X 8HF | Jonathan Vandermeer<br><br>jonathan.vandermeer@itv.com<br><br>+44 20 7843 8158<br><br>200 Gray's Inn Road London WC1X 8HF | Advances | Contingent | $0.9 million |
| 43.  F.O.R.T.A.<br><br>Goya 22-4<br>Madrid, Spain  28001 | Carmen Marin Arias<br><br>cmarin@forta.es<br><br>+34 915 765 300<br><br>Goya 22-4<br>Madrid, Spain  28001 | Advances | Contingent | $0.9 million |
| 44.  Leopolis TV LTD.<br><br>Island of Nevis<br>P.O. Box 556 Charlestown | Maria Tishkova<br><br>tishkova@leopolis.ru<br><br>749 56469860<br><br>Island of Nevis<br>P.O. Box 556 Charlestown | Advances | Contingent | $0.8 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 45.   Television Espanola<br><br>Prado del Rey Avda.<br>Radio Televisión, 4<br>Madrid 28223 | Carmen Lopez<br><br>carmen.lopez@rtve.es<br><br>34 91 346 34 55<br><br>Prado del Rey Avda.<br>Radio Televisión, 4<br>Madrid 28223 | Advances | Contingent | $0.8 million |
| 46.   Big Jools, LLC<br><br>Provident Financial Management<br>2850 Ocean Park Blvd, Suite 300<br>Santa Monica CA 90405 | Paul W. Glass<br><br>paul.w.glass@aexp.com<br><br>(310) 229-5059<br><br>Provident Financial Management<br>2850 Ocean Park Blvd, Suite 300<br>Santa Monica CA 90405 | Contract | | $0.8 million |
| 47.   Broadmedia Studios Corp.<br><br>1-14-7 Tsukishima<br>Chuo-ku Tokyo<br>104-0052 | Akiko Yoshikawa, Assistant Gen Mngr Distribution<br><br>a-yoshikawa@bmsd.com<br><br>+81 3 5547 1531<br><br>1-14-7 Tsukishima<br>Chuo-ku Tokyo<br>104-0052 | Advances | Contingent | $0.7 million |
| 48.   Televisa S.A. de C.V.<br><br>Av. Chapultepec No. 18<br>Piso 5 - Colonia Doctores<br>México D.F.  C.P. 06724 | Mr. Oscar Dominguez Limon<br><br>odomingu@televisa.com.mx<br><br>+52 55 5261 2494<br><br>Av. Chapultepec No. 18<br>Piso 5 - Colonia Doctores<br>México D.F.<br>C.P. 06724 | Advances | Contingent | $0.7 million |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 49. Depatie Freleng Enterprises<br><br>3425 East Stiles Avenue<br>Camarillo CA 9301 | Rhonda Short<br><br>short3729@aol.com<br><br>(805) 389-1411<br><br>3425 East Stiles Avenue<br>Camarillo CA 93010 | Contract | | $0.7 million |
| 50. Mirisch Films, Inc.<br><br>Bldg. 1320, Ste. 2-C 100 Universal City Plaza<br>Universal City, CA 91608 | Walter Mirisch<br><br>Mirfilm@aol.com<br><br>(818) 866-1422<br><br>Bldg. 1320, Ste. 2-C<br>100 Universal City Plaza<br>Universal City, CA 91608 | Contract | | $0.7 million |

## EXHIBIT E

## Five Largest Secured Claims

As required under Local Rule 1007-2(a)(5), the following lists the Debtors' five largest secured claims against the Debtors on a consolidated basis, prepared in accordance with the Debtors' books and records.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any claim or debt listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. The descriptions of the collateral securing the underlying obligations are intended only as brief summaries. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control. The schedule below estimates outstanding claim amounts (including, where appropriate, principal and interest) as of October 4, 2010.

| Creditor | Contact | Mailing Address & Telephone Number | Principal Amount of Claim | Type of Collateral | Disputed |
|----------|---------|-----------------------------------|---------------------------|--------------------|----------|
| Anchorage Capital Master Offshore Ltd | Anne-Marie Kim | 610 Broadway, 6th Fl. New York, NY 10012 | $722.460 million | Substantially all assets of the Debtors | No |
| BLT 26 LLC | Ashwinee Sawh | c/o Credit Suisse 1 Madison Ave., 2nd Fl. New York, NY 10010 | $248.475 million | Substantially all assets of the Debtors | No |
| Goldman Sachs Lending Partners LLC | Lauren Day | 30 Hudson St., 38th Fl. Jersey City, NJ 07302 | $242.128 million | Substantially all assets of the Debtors | No |
| Credit Suisse Loan Funding LLC | Ashwinee Sawh | 1 Madison Ave., 2nd Fl. New York, NY 10010 | $191.073 million | Substantially all assets of the Debtors | No |
| Midtown Acquisitions LP | Andrew Milanez | 65 East 55th St., 19th Fl. New York, NY 10022 | $190.235 million | Substantially all assets of the Debtors | No |

<u>**EXHIBIT F**</u>

**Debtors' Owned and Leased Property**

As required under Local Rule 1007-2(a)(9), the following lists premises owned, leased or held under other arrangement from which the Debtors operate their business.

**Owned Property**

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Vacant Lot | Lot No. 12, Onondaga Purchase of 1817 | Onondaga | NY | 13084 |

**Leased Property[1]**

| Landlord | Address | City | State/Country | Zip |
|---|---|---|---|---|
| Constellation Place, LLC | 10250 Constellation Boulevard | Los Angeles | CA | 90067 |
| 1350 LLC | 1350 Avenue of the Americas, 24-25th Floors[2] | New York | NY | 10019 |
| Lakeside Commons Limited Partnership | 990 Hammond Drive, Suite 770 | Atlanta | GA | 30328 |
| Trenton Property, LLC | 10567 Jefferson Boulevard | Culver City | CA | 90232 |
| Dolp 655 Properties II LLC | 655 Third Avenue, 25th and 27th Floor | New York | NY | 10017 |
| Wittington Properties Limited | 22 St. Clair Avenue East, Suite 1601 | Toronto | Ontario, Canada | M4T 2S3 |
| Clerical Medical Investment Group Limited | 5/19 Kew Road, 2nd Floor and 9/12 Parkshot | Richmond, Surrey | England | TW9 2PR |
| Lewis (Ayr) Limited | Orion House, Seventh Floor, 5 Upper St. Martin's Land | London | England | WC2 |
| Pinewood Studios Limited | Main Administration Building, Pinewood Studios | Iver Heath, Bucks | England | SLO ONH |
| Iron Mountain | 1137 Branchton Road Room 3-N-E-1 | Boyers | PA | 16020 |

---

[1] The classification of the contractual agreements listed herein as real property leases or property held by other arrangements is not binding upon the Debtors. Due to the size and complexity of the Debtors business operations, this list may not be inclusive of all of the real property leased by the Debtors. Moreover, some of the leases listed herein may have expired or may have been terminated.

[2] The Debtors have a separate lease for a portion of the ground floor and basement of this property, which lease was assigned to Dolby Laboratories, Inc. The Debtors remain secondarily liable for the payment on the lease.

<u>**EXHIBIT G**</u>

As required under Local Rule 1007-2(a)(10), the following describes the location of the Debtors' substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the Debtors outside the territorial limits of the United States.

### Location of the Debtors' Substantial Assets

The Debtors maintain bank accounts at various institutions. The Debtors also have assets in every location from which they operate their business, including the premises listed on <u>Exhibit F</u>.

### Location of the Debtors' Books and Records

MGM Holdings Inc.
10250 Constellation Blvd.
Los Angeles, CA 90067

### Nature, Location, and Value of Assets Located Outside of the United States

The Debtors maintain a limited number of bank accounts outside of the United States. Although funding levels fluctuate, on average, the Debtors fund approximately $900,000 per month to maintain their European operations and approximately $235,000 per quarter to fund their Australian and Asian operations. In addition, the Debtors also have assets, including furniture, fixtures and equipment, in leased office space located in Canada and England. <u>See Exhibit F</u>.

# EXHIBIT H

## Senior Management

As required under Local Rule 1007-2(a)(12), the following lists the names of the individuals who comprise the Debtors' executive officers, their tenure with the Debtor, and a brief summary of their relevant responsibilities and experience.

| Name/Position | Experience/Responsibilities |
|---|---|
| Stephen Cooper – Vice Chairman, Office of CEO | On August 12, 2009, the Company hired restructuring expert Stephen Cooper ("Cooper"), co-founder and former chairman of the restructuring firm Zolfo Cooper.  Cooper serves as vice chairman of the Company and is a member of the Office of the Chief Executive Officer of MGM Holdings Inc.

Earlier in 2009, Cooper was appointed an independent member of the supervisory board of LyondellBasell Industries and chairman of its restructuring committee. Cooper recently served as the CEO of Hawaiian Telcom and provided management services to American Home Mortgage. Other recent engagements include serving as executive chairman of Blue Bird, a leading bus manufacturer, and chairman of the board of auto supplier Collins & Aikman. In 2005 Cooper was CEO of Krispy Kreme Doughnuts; from 2002-2005 he served as CEO and CRO of Enron.  See Exhibit I for further detail. |
| Charles Cohen – Senior Executive Vice President | Mr. Cohen oversees all business and financial operations for The Motion Picture Group. He is also responsible for the record-breaking *Stargate* television franchise, the Home Entertainment Production business, and MGM-On-Stage.

Prior to his current position, Mr. Cohen was MGM's Executive Vice President, Financial Planning, a position he held from 1997 to 2008. He joined MGM in 1986 as a Senior Financial Analyst. |
| Steve Hendry –  Senior Executive Vice President, Finance | Named to his current post in 2008, Mr. Hendry oversees all of the Company's finance activities as well as administration.  From 2005 to 2008, he was Executive Vice President and Chief Financial Officer of MGM.  Mr. Hendry joined MGM in 1998 as Senior Vice President, Financial Planning.

Prior to his tenure at MGM, Mr. Hendry was with Virgin Interactive as Vice President Worldwide Planning from 1997 to 1998.  From 1992 to 1997, Mr. Hendry was an executive at Paramount Pictures, serving as Executive Director, Financial Reporting. |
| Erik Lomis – President, Worldwide Theatrical Distribution, Home Entertainment & | Mr. Lomis was named President, Worldwide Theatrical Distribution, Home Entertainment & Acquisitions of Metro-Goldwyn-Mayer Studios Inc. in March 2009.  In his current role, Mr. Lomis oversees the marketing and distribution of MGM's international theatrical and home entertainment releases, which are |

| Name/Position | Experience/Responsibilities |
|---|---|
| Acquisitions | handled by Twentieth Century Fox.<br><br>Mr. Lomis has been a prominent executive and consultant at MGM over the past decade. From 2000 until 2005, Mr. Lomis held the post of MGM's President of Domestic Distribution.<br><br>Before his tenure with MGM, Mr. Lomis was the head of the National Film Department at United Artists Theatres, as well as the head film buyer at Sameric Corp. |
| Gary Marenzi – Co-President, Worldwide Television | Mr. Marenzi re-joined MGM in May 2007, and he shares overall responsibility for the Worldwide Television division with Co-President Jim Packer.  Mr. Marenzi's duties include overseeing both production and distribution for television and digital media at MGM.<br><br>Prior to his appointment at MGM, Mr. Marenzi was President of Marenzi & Associates, which he founded in 2004 to provide strategic management advice and implementation for the media and entertainment industry.  Prior to founding his own firm, Mr. Marenzi was President of International Television for Paramount Pictures for seven years.<br><br>Between 1992 and 1997, Mr. Marenzi was President of the MGM Telecommunications Group, where he was responsible for all of MGM's international television and worldwide pay television business activities. |
| Jim Packer – Co-President, Worldwide Television | Mr. Packer is Co-President of MGM's Worldwide Television division.  In his current role, Mr. Packer oversees all forms of TV distribution and ad sales for MGM product including free-to air, cable, satellite and digital in the U.S. and Canada.  In addition, Mr. Packer oversees the MGM Channels Group and launched MGM HD, the studio's first wholly-owned channel in the US and Impact, the studio's first Video-On-Demand network launched in partnership with Comcast.<br><br>Mr. Packer first came to MGM in 2001.  Prior to MGM, he was an executive with The Walt Disney Company, where he spent 15 years working in Buena Vista's Domestic Television Distribution unit. |
| Scott Packman – Executive Vice President, Secretary and General Counsel | Named to his current post in April of 2005, Mr. Packman oversees all areas of the Company's legal affairs, including corporate transactional matters such as acquisitions, joint ventures and other strategic alliance opportunities for MGM as well as worldwide film and television financings and licensing transactions.<br><br>Before coming to MGM, he was General Counsel, EVP of Business and Legal Affairs, and Corporate Secretary with entertainment software company Creative Planet, Inc.  Prior to his tenure with Creative Planet, Mr. Packman was with the law firms of O'Melveny and Myers, LLP and Rogers & Wells. |

EXHIBIT I

**Stephen F. Cooper**
**Biography**

Co-founder and former chairman of Zolfo Cooper, Steve Cooper continues to provide strategic advice on select restructuring matters.

With more than 30 years of experience as a financial advisor, Steve is a sought-after interim executive and advisor to companies facing operational and performance issues. In August 2009, Steve was named vice chairman and a member of the office of the CEO of MGM. Earlier in the year, he was appointed an independent member of the supervisory board of LyondellBasell Industries and chairman of its restructuring committee. Steve recently served as the CEO of Hawaiian Telcom and provided management services to American Home Mortgage. Other recent engagements include serving as executive chairman of Blue Bird, a leading bus manufacturer, and chairman of the board of auto supplier Collins & Aikman. In 2005 Steve was CEO of Krispy Kreme Doughnuts; from 2002-2005 he served as CEO and CRO of Enron.

A turnaround industry pioneer, Steve has worked on both the creditor and company sides of distressed situations. Through managing more than 300 engagements, Steve has earned an international reputation as a creative problem-solver who can craft constructive business solutions out of complex, contentious situations. His track record includes prominent engagements such as Laidlaw, Washington Group, Morrison Knudsen, Federated Department Stores and numerous others.

Previously, Steve was a financial consulting partner of Touche Ross (now Deloitte & Touche), where he was also a founding partner of that firm's reorganization advisory services group.

He holds a B.A. from Occidental College and an M.B.A. from the University of Pennsylvania's Wharton School. Steve is a member of the American Institute of Certified Public Accountants, the New York State Society of Certified Public Accountants, the Institute of Management Accountants, the Turnaround Management Association and the Association of Insolvency and Restructuring Advisors. He has also been named a fellow of the American Bankruptcy Institute and is a founding member of the International Insolvency Institute. In addition, Steve is a frequent speaker and author on the subjects of leadership and financially troubled companies.

# **EXHIBIT J**

**Cash Collateral Budget**

## MGM Inc. Bankruptcy Budget

*$ in '000s*

| Reporting Calendar | Week 44 11/1-11/6 | Week 45 11/7-11/13 | Week 46 11/14-11/20 | Week 47 11/21-11/30 | Week 48 12/1-12/4 | Week 49 12/5-12/11 | Week 50 12/12-12/18 | Week 51 12/19-12/25 | Week 52 12/26-12/31 | Week 1 1/1-1/8 | Week 2 1/9-1/15 | Week 3 1/16-1/22 | Week 4 1/23-1/31 | Week 5 2/1-2/5 | Week 6 2/6-2/12 | 15 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bankruptcy Calendar | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | |
| | | | | | | | Forecast | | | | | | | | | |
| **Motion Picture Group** | | | | | | | | | | | | | | | | |
| Theatrical Receipts: | | | | | | | | | | | | | | | | |
| Domestic Receipts: | 45 | 5 | 15 | 5 | 55 | 5 | 5 | 5 | 5 | 95 | 5 | 245 | 5 | 45 | 5 | 545 |
| Foreign Receipts, net | 0 | 0 | 0 | (637) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (637) |
| Costs: | | | | | | | | | | | | | | | | |
| Production Cost: Film and TV (1) | (2,317) | (1,939) | (1,128) | (2,763) | (1,350) | (764) | (3,564) | (485) | (1,109) | (37) | (6,453) | (37) | (2,072) | (25) | (9,080) | (33,125) |
| Releasing & Distribution Costs | (62) | (47) | (57) | (56) | (39) | (38) | (38) | (38) | (36) | (47) | (47) | (47) | (47) | (47) | (47) | (693) |
| **Total Motion Picture Group** | (2,334) | (1,981) | (1,170) | (3,451) | (1,334) | (797) | (3,597) | (518) | (1,140) | 11 | (6,495) | 161 | (2,114) | (27) | (9,122) | (33,910) |
| **Television** | | | | | | | | | | | | | | | | |
| Television Receipts: | | | | | | | | | | | | | | | | |
| Barter | 291 | 291 | 291 | 2,291 | 0 | 143 | 291 | 291 | 2,291 | 87 | 291 | 291 | 2,291 | 87 | 291 | 9,511 |
| Domestic Pay & Free Television | 517 | 0 | 9,022 | 2,528 | 3,646 | 1,573 | 3,504 | 6,625 | 3,697 | 6,797 | 380 | 3,490 | 7,037 | 4,000 | 4,000 | 56,816 |
| HD Channel | 33 | 250 | 250 | 600 | 0 | 33 | 250 | 250 | 600 | 33 | 250 | 250 | 600 | 33 | 250 | 3,684 |
| Digital | 0 | 0 | 0 | 1,233 | 0 | 0 | 0 | 1,656 | 0 | 0 | 0 | 0 | 2,054 | 0 | 0 | 4,943 |
| International Pay & Free TV | 2,522 | 123 | 497 | 4,590 | 1,652 | 3,000 | 3,382 | 1,982 | 25,019 | 4,720 | 5,970 | 4,720 | 7,325 | 2,365 | 2,365 | 70,230 |
| Costs: | | | | | | | | | | | | | | | | |
| TV Releasing & Distribution | (1,579) | (1,583) | (1,583) | (1,787) | (1,569) | (1,559) | (1,559) | (1,776) | (1,565) | (1,435) | (1,435) | (1,435) | (1,435) | (1,435) | (1,435) | (23,170) |
| **Total Television** | 1,784 | (920) | 8,476 | 9,454 | 3,728 | 3,189 | 5,867 | 9,028 | 30,041 | 10,202 | 5,456 | 7,316 | 17,872 | 5,050 | 5,470 | 122,013 |
| **Home Video** | | | | | | | | | | | | | | | | |
| Home Video Receipts | | | | | | | | | | | | | | | | |
| Fox Net Receipts | 0 | 0 | 0 | 9,241 | 0 | 0 | 0 | 0 | 2,019 | 0 | 0 | 0 | 9,540 | 0 | 0 | 20,801 |
| Advance Repayments and Other | 0 | 0 | (90) | 0 | 0 | 0 | (250) | 0 | 0 | 0 | 0 | (250) | 0 | 0 | 0 | (590) |
| **Total Home Video** | 0 | 0 | (90) | 9,241 | 0 | 0 | (250) | 0 | 2,019 | 0 | 0 | (250) | 9,540 | 0 | 0 | 20,211 |
| **Ancillary (Consumer Products, Interactive, LBE, Clips & Stills)** | | | | | | | | | | | | | | | | |
| Receipts | 243 | 186 | 259 | 694 | 206 | 242 | 222 | 216 | 2,272 | 165 | 1,532 | 354 | 683 | 212 | 217 | 7,702 |
| Costs: | | | | | | | | | | | | | | | | |
| Third Party Share | (54) | 0 | (41) | (1,549) | 0 | (46) | (343) | 0 | (900) | 0 | 0 | 0 | (1,906) | 0 | 0 | (4,838) |
| Releasing & Distribution Costs | (32) | (82) | (125) | (222) | (117) | (67) | (62) | (45) | (231) | (81) | (48) | (35) | (245) | (10) | (156) | (1,558) |
| **Total Ancillary** | 157 | 104 | 94 | (1,077) | 89 | 129 | (183) | 171 | 1,141 | 84 | 1,484 | 319 | (1,468) | 202 | 61 | 1,306 |
| **Music** | | | | | | | | | | | | | | | | |
| Receipts | 50 | 33 | 73 | 35 | 46 | 68 | 41 | 75 | 73 | 20 | 45 | 55 | 56 | 45 | 65 | 780 |
| Disbursements | (14) | (8) | (64) | (93) | (9) | (8) | (8) | (4) | (14) | (2) | (2) | (12) | (4) | (3) | (3) | (248) |
| **Total Music** | 36 | 25 | 9 | (58) | 37 | 60 | 33 | 71 | 59 | 18 | 43 | 43 | 52 | 42 | 62 | 532 |
| **International Channels** | | | | | | | | | | | | | | | | |
| Receipts | 277 | 115 | 0 | 2,378 | 0 | 0 | 0 | 0 | 1,383 | 0 | 0 | 0 | 838 | 0 | 0 | 4,991 |
| Releasing & Distribution Costs | (299) | 0 | 0 | (376) | 0 | 0 | 0 | 0 | (374) | (1,188) | 0 | 0 | 0 | (528) | 0 | (2,765) |
| **Total International Channels** | (22) | 115 | 0 | 2,002 | 0 | 0 | 0 | 0 | 1,010 | (1,188) | 0 | 0 | 838 | (528) | 0 | 2,226 |
| Entitlements & Other: Incl Sony Buyout | 90 | 90 | 90 | 90 | (1,735) | 90 | 90 | 90 | 90 | 5 | 5 | 5 | 5 | 5 | 5 | (984) |
| Other Distribution Costs | (302) | (302) | (302) | (481) | (302) | (302) | (302) | (302) | (481) | (164) | (164) | (164) | (343) | (164) | (164) | (4,240) |
| Participations & Residuals | (3,018) | (13,828) | (14,075) | (5,049) | (627) | 216 | (13,166) | (645) | (196) | (186) | (14,740) | (9,807) | (5,364) | (359) | 673 | (80,170) |
| Joint Venture Dividends/(Funding) | 0 | 0 | 0 | (227) | 0 | 0 | 0 | 0 | 0 | (250) | 0 | 0 | (4,000) | 0 | 0 | (4,477) |
| Overhead & Other | (4,340) | (1,095) | (2,789) | (1,462) | (4,931) | (1,447) | (3,022) | (1,328) | (3,146) | (2,443) | (2,568) | (902) | (2,939) | (2,446) | (2,739) | (37,597) |
| Advisory Fees/Restructuring Costs | (1,203) | (2,428) | (428) | (703) | (375) | (300) | (300) | (300) | (575) | (350) | (300) | (300) | (575) | (350) | (300) | (8,787) |
| Capital Expenditures | (49) | (58) | (52) | (100) | (88) | (123) | (84) | (64) | (63) | (116) | (335) | (86) | (84) | (36) | (56) | (1,395) |
| **Operating Cash Flow** | (9,202) | (20,278) | (10,237) | 8,180 | (5,539) | 716 | (14,914) | 6,204 | 28,759 | 5,623 | (17,615) | (3,665) | 15,420 | (2,613) | (6,110) | (25,271) |
| Interest, Net (2) | (40) | (40) | (102) | (50) | (40) | (40) | (80) | (45) | (334) | (30) | (30) | (70) | (30) | (30) | (30) | (991) |
| Net Film Financing | (276) | 0 | (12,350) | 0 | (59) | 0 | (11,723) | 0 | 0 | 0 | (418) | 0 | 0 | (173) | 0 | (24,999) |
| **Net Cash Flow** | (9,518) | (20,318) | (22,690) | 8,130 | (5,638) | 676 | (26,717) | 6,159 | 28,425 | 5,593 | (18,063) | (3,735) | 15,390 | (2,816) | (6,140) | (51,261) |
| **Projected Liquidity (3)** | | | | | | | | | | | | | | | | |
| Beginning Book Balance | 125,656 | 116,138 | 95,820 | 73,131 | 81,261 | 75,623 | 76,300 | 49,583 | 55,742 | 84,167 | 89,760 | 71,697 | 67,962 | 83,351 | 80,536 | 125,656 |
| Period Net Cash Flow | (9,518) | (20,318) | (22,690) | 8,130 | (5,638) | 676 | (26,717) | 6,159 | 28,425 | 5,593 | (18,063) | (3,735) | 15,390 | (2,816) | (6,140) | (51,261) |
| **Ending Book Balance** | 116,138 | 95,820 | 73,131 | 81,261 | 75,623 | 76,300 | 49,583 | 55,742 | 84,167 | 89,760 | 71,697 | 67,962 | 83,351 | 80,536 | 74,395 | 74,395 |

(1) The current cash forecast includes the assumption that MGM will fund its share of the development/production costs for the Hobbit films.
(2) Assumes MGM remains in bankruptcy throughout the budget period; costs associated with the exit from bankruptcy are not reflected.
(3) Cash flows exclude cash balances in United Artists production accounts, cash balances in LLC accounts and cash in Foreign Accounts (outside North America).