SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Jay M. Goffman
Four Times Square
New York, New York 10036
(212) 735-3000

Nick P. Saggese
Rick C. Madden
Glenn S. Walter
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
(213) 687-5000

and

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee
Michael L. Tuchin
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067
(310) 407-4000

Proposed Counsel for Debtors and
 Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| METRO-GOLDWYN-MAYER STUDIOS INC., et al., | : | Case No. 10-15774 (SMB) |
| | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF <u>EXHIBIT A</u> TO THE JOINT PREPACKAGED PLAN OF REORGANIZATION OF METRO-GOLDWYN-MAYER STUDIOS INC. AND CERTAIN OF ITS AFFILIATES**

**PLEASE TAKE NOTICE THAT** on November 3, 2010, the Debtors[1] filed the *Joint Prepackaged Plan of Reorganization of Metro-Goldwyn-Mayer Studios Inc. and Certain of Its Affiliates* (the "Plan")[2] [Docket No. 28]. The Plan provides that Exhibit A to the Plan – the New Credit Facility Term Sheet – will be filed at least five business days prior to the deadline for objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file Exhibit A to the Plan, attached hereto as Exhibit 2, in the form of that certain commitment letter by and among Metro-Goldwyn-Mayer Inc., MGM Holdings II Inc., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities Inc., and the summary of terms and conditions attached thereto.

---

[1] The names of the Debtors in these jointly administered cases are identified on Exhibit 1 hereto.

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Plan.

Dated: New York, New York
November 17, 2010

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By:   */s/ Glenn S. Walter*
      Jay M. Goffman
      Glenn S. Walter
      Four Times Square
      New York, New York 10036
      (212) 735-3000

      Nick P. Saggese
      Rick C. Madden
      300 South Grand Avenue
      Suite 3400
      Los Angeles, California 90071
      (213) 687-5000

      and

      KLEE, TUCHIN, BOGDANOFF & STERN LLP
      Kenneth N. Klee
      Michael L. Tuchin
      1999 Avenue of the Stars
      Thirty-Ninth Floor
      Los Angeles, California 90067
      (310) 407-4000

      Proposed Counsel for Debtors and
        Debtors in Possession