# EXHIBIT 3

## Notice of Effective Date

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Jay M. Goffman
Four Times Square
New York, New York 10036
(212) 735-3000

Nick P. Saggese
Rick C. Madden
Glenn S. Walter
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
(213) 687-5000

and

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee
Michael L. Tuchin
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067
(310) 407-4000

Proposed Counsel for Debtors and
 Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| METRO-GOLDWYN-MAYER STUDIOS INC., et al., | Case No. 10-15774 (SMB) |
| Debtors. | (Jointly Administered) |

**NOTICE OF THE OCCURRENCE OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE THAT** on December [ ], 2010, this Court entered the *Findings of Fact, Conclusions of Law and Order (I) Approving (A) The Disclosure Statement, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots and (II) Confirming the*

2

*Amended Joint Prepackaged Plan of Reorganization of Metro-Goldwyn-Mayer-Studios Inc. and Certain of Its Affiliates* (the "Confirmation Order") (Docket No.[   ]) in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors").[1] Pursuant to the Confirmation Order, this Court confirmed the *Amended Joint Prepackaged Plan of Reorganization of Metro-Goldwyn-Mayer-Studios Inc. and Certain of Its Affiliates* (the "Plan"),[2] which confirmed Plan was filed with the Court on November 23, 2010 (Docket No. 142).

**PLEASE TAKE FURTHER NOTICE THAT** on December [ ], 2010, the Effective Date under the Plan occurred.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Confirmation Order, the Plan and related documents are available for inspection on the Bankruptcy Court's website at www.nysb.uscourts.gov and at no cost from the website of the Debtors' noticing and claims agent, Donlin, Recano & Company, Inc., at www.donlinrecano.com/mgm.

Dated: New York, New York
        December [ ], 2010

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

      By: _____
        Jay M. Goffman
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Nick P. Saggese
        Rick C. Madden
        Glenn S. Walter
        300 South Grand Avenue
        Suite 3400
        Los Angeles, California 90071
        (213) 687-5000

        and

        KLEE, TUCHIN, BOGDANOFF & STERN LLP
        Kenneth N. Klee
        Michael L. Tuchin
        1999 Avenue of the Stars

---

[1] The names of the Debtors in these jointly administered cases are identified on Exhibit 1.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Plan.

Thirty-Ninth Floor
Los Angeles, California 90067
(310) 407-4000

Proposed Counsel for Debtors and
   Debtors in Possession